In the Matter of the Claim of ARIR KALLIO, Respondent, against FRED W. WHITNEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The sole question involved in this case is whether or not the claimant was disabled between November 12, 1932, and March 27, 1933. The medical testimony makes question of fact of that issue. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JACK OSTROFF, Respondent, against KIPNIS BROS. RADIATOR CORP. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant's weekly wage was fixed at forty-six dollars and sixteen cents. After the accident it was twenty-five per cent less. An award of eight dollars, being the minimum under subdivision 6 of section 15 of the Workmen's Compensation Law, was made instead of seven dollars and sixty-nine cents, which is sixty-six and two-thirds per cent of the diminution. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of AUGUST KUNKEL, Respondent, against LOUIS BOSSERT & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This case presents the identical question raised in *Matter of Ostroff* v. *Kipnis Bros. Radiator Corp.* (*ante*, p. 659), decided herewith. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of HUGO FREITAG, Respondent, against REINHOLD C. E. SCHULTZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant sustained an injury resulting from a fall. An award has been made for one-third loss of use of hand. The question involved was whether or not the evidence supports such award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of SALLY UNGER, Respondent, against NEW YORK SPORTWEAR Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was sent from the office where she was employed to various stores in New York for the purpose of buying dresses which the employer might copy in its manufacturing business. While the claimant was in good health and walking in a crowded section of Seventh avenue, she lost her balance by tripping, or otherwise, and fell, breaking her arm. In both claimant's and in the employer's notice of injury it was stated that claimant tripped on the street and fell. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.